DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIAN MARROQUIN-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-cr-00204-KJM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JULIAN MARROQUIN-PEREZ, ) | |
| ) | Date:  June 30, 2011 |
| Defendant. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JULIAN MARROQUIN-PEREZ, that the status conference hearing date of June 30, 2011 be vacated, and the matter be set for status conference on July 7, 2011 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to receive the plea agreement and then to review it with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 7, 2011 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   June 29, 2011.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Caro Marks
                                           CARO MARKS
                                           Designated Counsel for Service
                                           Attorney for Julian Marroquin-Perez

DATED:   June 29, 2011.                    BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Caro Marks for
                                           MICHELE BECKWITH
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


                                    ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 30, 2011, status conference hearing be continued to July 7, 2011, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 7, 2011 status conference shall be excluded from computation of time within which the

2

1 | trial of this matter must be commenced under the Speedy Trial Act
2 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3 | to allow defense counsel reasonable time to prepare.
4 | Dated:  June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE

3